**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____   District of _Virginia_____
                                   (State)

Case number (*If known*): _____   Chapter _11_

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Insignia Technology Services, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | _____ |
| | Include any assumed names, trade names, and *doing business as* names | _____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 6 _ 1 5 9 3 7 0 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 610 Thimble Shoals Blvd. | _____ |
| Number        Street | Number        Street |
| Building 6 | _____ |
| | P.O. Box |
| Newport News          VA          23606 | _____ |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____ | _____ |
| County | Number        Street |
| | _____ |
| | _____ |
| | City                State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://insigniatechnology.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Insignia Technology Services, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _4_ _1_ _6_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                     MM / DD / YYYY
          District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
          District _____ When _____
                                     MM / DD / YYYY
          Case number, if known _____

| Debtor | Insignia Technology Services, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | Statistical and administrative information |
|---|---|

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Insignia Technology Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 13 / 2019
MM / DD / YYYY

✗ *Fred O'Brien*
Signature of authorized representative of debtor

Frederick P. O'Brien
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✗ /s/ Patrick J. Potter
Signature of attorney for debtor

Date  03 / 02 / 2019
MM / DD / YYYY

Patrick J. Potter
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name

1200 Seventeenth Street NW
Number        Street

Washington
City

DC
State

20036-3006
ZIP Code

(202) 663-8928
Contact phone

patrick.potter@pillsburylaw.com
Email address

39766
Bar number

VA (State & Federal Bar)
State

---

## RESOLUTIONS OF THE BOARD OF MANAGERS OF
## <u>INSIGNIA TECHNOLOGY SERVICES, LLC</u>

The Board of Managers (the "<u>Board</u>") of Insignia Technology Services, LLC ("<u>Insignia</u>"), a Virginia limited liability company, has adopted the following resolutions.

WHEREAS, the Board has considered (i) the difficulties confronting Insignia given the substantial liabilities to its former member; (ii) the financial and operational aspects of Insignia's business; (iii) Insignia's future prospects and financial performance and condition; (iv) current industry, economic, and market conditions and trends in the markets in which Insignia competes; and (v) Insignia's current status in light of recent events; and

WHEREAS, the Board has received, reviewed and considered various other documents and information and has had the advice of counsel and other professional advisors concerning various options available to Insignia.

NOW, THEREFORE, BE IT RESOLVED, that in the Board's judgment, it is desirable and in the best interests of Insignia, its creditors, employees, members and other interested parties that Insignia file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and it is

FURTHER RESOLVED, that Frederick P. O'Brien, the sole member and Manager of Insignia (the "<u>Authorized Officer</u>"), is authorized and empowered to execute, verify and file on Insignia's behalf all petitions, schedules, lists, and other papers or documents, and take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with Insignia's chapter 11 case, with the goal of successfully prosecuting such case; and it is

FURTHER RESOLVED, that the Authorized Officer is authorized to make decisions with respect to all aspects of the management and operation of Insignia's business, including organization, human resources, marketing, asset sales, logistics, finance, administration, and oversight and prosecution of Insignia's bankruptcy case, including ensuring compliance with bankruptcy reporting requirements, the filing of a Statement of Financial Affairs, Schedules of Assets and Liabilities, a chapter 11 plan and related disclosure statement, managing outside professionals and such other aspects as the Authorized Officer may identify, in such manner as the Authorized Officer deems necessary or appropriate in his sole and reasonable discretion consistent with the business judgment rule, in accordance with Insignia's Amended and Restated Operating Agreement, dated as of April 3, 2015 (as may be further amended, the "<u>Operating Agreement</u>"), applicable laws, and the orders of the bankruptcy court; and it is

FURTHER RESOLVED, that in the exercise of his authority under these Resolutions, the Authorized Officer is authorized to consult with Insignia's employees, outside consultants (paid and otherwise), Mrs. Christine Curran O'Brien, and others, and with respect to such communications, all such individuals shall be treated as part of the attorney-client relationship between Insignia and Pillsbury, Fox (defined below), and any other legal counsel employed by Insignia; and it is

1

FURTHER RESOLVED, that the previous retention by Insignia of the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") as bankruptcy counsel to Insignia to represent and assist Insignia in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, to assist Insignia in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance Insignia's rights in connection therewith, is approved and ratified, and the Authorized Officer is authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain Pillsbury; and it is

FURTHER RESOLVED, that the previous retention by Insignia of the law firm of Fox Rothschild LLP ("Fox") as legal counsel to Insignia to represent and assist Insignia in connection with certain legal matters is approved and ratified, and the Authorized Officer is authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain Fox; and it is

FURTHER RESOLVED, that the Authorized Officer is authorized and empowered to employ on Insignia's behalf other professionals necessary to assist Insignia in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of Insignia are authorized and directed to execute appropriate retention agreements and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is

FURTHER RESOLVED, that subject to the foregoing resolutions, the Authorized Officer is authorized and empowered to take on Insignia's behalf any and all actions necessary to execute, deliver, certify, file or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps that the Authorized Officer deems necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 proceeding; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by the Authorized Officer or the Board in the name and on behalf of Insignia in furtherance of the purpose and intent of any or all of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

*Fred O'Brien*

_____

Frederick P. O'Brien
Manager

2/13/19

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,**[1] | ) | **Case No. 19-____** |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |

## <u>STATEMENT OF CORPORATE OWNERSHIP</u>

Pursuant to Rules 1007(a)(1) and 7007.1(a) of the Federal Rules of Bankruptcy Procedure, Insignia Technology Services, LLC (the "<u>Debtor</u>"), as debtor and debtor-in-possession, certifies that no corporation directly or indirectly owns 10% or more of any class of the corporation's equity interests. The Debtor further states that there are no entities to report under Rules 1007(a)(1) and 7007.1(a).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2019                    Respectfully submitted,

*/s/ Frederick P. O'Brien*
Frederick P. O'Brien
President and Chief Executive Officer
Insignia Technology Services, LLC

---

[1] The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,[1]** | ) | **Case No. 19-____** |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |

### CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

Insignia Technology Services, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case, certifies that the following List of Equity Security Holders is true and correct to the best of the Debtor's knowledge and consistent with the Debtor's books and records:

| Name | Mailing Address | Equity Interest Percentage |
|---|---|---|
| Frederick P. O'Brien | 220 Olde Pond Lane Yorktown, VA 23693 | 100% |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2019

Respectfully submitted,

*/s/ Frederick P. O'Brien*
Frederick P. O'Brien
President and Chief Executive Officer
Insignia Technology Services, LLC

---

[1]   The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,**[1] | ) | **Case No. 19-____** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**CERTIFICATION CONCERNING LIST OF CREDITORS**
**HOLDING 20 LARGEST UNSECURED CLAIMS**

Insignia Technology Services, LLC (the "Debtor"), as debtor and debtor-in-possession,
certifies that the list of the creditors holding the twenty largest unsecured claims, attached hereto
as **Exhibit A** (the "List"), is true and correct to the best of its knowledge and consistent with the
Debtor's books and records. The Debtor will supplement the List to the extent additional
information regarding the creditors holding the twenty largest unsecured claims against the Debtor
becomes available.

The information contained in the List is based upon a review of the Debtor's books and
records. The Debtor, however, has not conducted a comprehensive legal or factual investigation
regarding the accuracy of the information or possible defenses to the claims. Consequently, the
List is not: (i) an acknowledgement of the accuracy of the identity of any creditor, the validity of
any claim or the amount of any claim; (ii) an acknowledgement of the allowability of any claim;
or (iii) a waiver of any right or legal position of the Debtor. Further, the Debtor does not concede
that any creditor listed on the List is a properly secured creditor holding a valid, perfected security

---

[1]  The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610
Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

interest, and the Debtor reserves the right to dispute any such claim by a creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2019                              Respectfully submitted,


                                                 _/s/ Frederick P. O'Brien_____
                                                 Frederick P. O'Brien
                                                 President and Chief Executive Officer
                                                 Insignia Technology Services, LLC

**Exhibit A**

**Fill in this information to identify the case:**

Debtor name ___Insignia Technology Services, LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___Virginia___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CACI Enterprise Solutions, Inc. P.O. Box 418801 Boston, MA 02241 | Reagan Anderson (405) 367-2486 reagan.anderson@caci.com | Government Contract - Subcontractor Services | | | | $683,917.93 |
| 2 | Paylocity 3850 N. Wilke Road Arlington Heights, IL 60004 | Missy Allen (757) 409-5076 mallen@paylocity.com | HRIS Payroll Services | | | | $39,432.00 |
| 3 | Zeva Incorporated 11710 Plaza America Dr., Ste. 2000 Reston, VA 20190 | Sam Adoni (888) 938-2462 sam@zeva.us | Government Contract - Subcontractor Services | | | | $26,696.00 |
| 4 | Alerus Financial P.O. Box 6001 Grand Forks, ND 58206 | Andrew Barson (603) 206-4650 andrew.barson@alerus.com | Employee Benefits | | | | $26,319.63 |
| 5 | VAIL Technologies, LLC 801 South 22nd St. Arlington, VA 22202 | Rick Hudnall rick.hudnall@vailtechnologies.com | Government Contract - Subcontractor Services | | | | $21,060.48 |
| 6 | EA Frameworks, LLC 1716 Briarcrest Drive, Ste. 320 Bryan, TX 77802 | David Rice (703) 625-2572 davidr@eaframeworks.com | Government Contract - Subcontractor Services | | | | $20,700.80 |
| 7 | Global Insights + Solutions LLC 2200 Pennsylvania Avenue, NW 4th Floor East Washington, DC 20037 | Karl Omatsola (240) 486-4914 komatsola@global-insightsolutions.com | Government Contract - Subcontractor Services | | | | $19,102.40 |
| 8 | InQuisient 11654 Plaza America Drive Ste. 639 Reston, VA 20190 | Kenneth Lui (703) 723-6388 kenneth@kennethliuCPA.com | Government Contract - Subcontractor Services | | | | $18,765.00 |

Debtor ___Insignia Technology Services, LLC_____     Case number (if known)_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Thomson Reuters (GRC) Inc. P.O. Box 417175 Boston, MA 02241 | c/o Jerwyn Louis Subido (651) 848-5136 jerwynlouis.subido@refinitiv.com | Contract Expense | Disputed | | | $17,418.00 |
| 10 | Akshita Tek Systems, Inc, 19 Latham Village Ln, Unit 5 Latham, NY 12110 | Bandari Kumar (518) 545-0080 bandari.kumar@gmail.com | Government Contract - Subcontractor Services | | | | $16,720.00 |
| 11 | Kinetic Solutions, LLC 2013 Main Line Blvd, Ste. 102 Alexandria, VA 22301 | Mikael Brhane (703) 969-2328 mbrhane@kineticsol.com | Government Contract - Subcontractor Services | | | | $16,720.00 |
| 12 | Leading Strategy, Inc. 1804 Anderson Rd. Falls Church, VA 22043 | Waqas Mirza (703) 462-3579 wmirza@leadingstrategyinc.com | Consultant Services | | | | $15,960.00 |
| 13 | Fox Rothschild LLP 1030 15th St NW Ste. 380 Washington, DC 20005 | Sean Milani-nia (202) 461-3105 smilani@foxrothschild.com | Legal Services | | | | $15,904.00 |
| 14 | Sprezzatura Management Consulting, LLC P.O. Box 201613 Denver, CO 80220 | Joe Cosentino (202) 841-0644 cosentino@sprezzmc.com | Government Contract - Subcontractor Services | | | | $15,587.04 |
| 15 | PCT LLC 1115 Independence Blvd., Ste. 208 Virginia Beach, VA 23455 | Chris Cavanos (757) 719-9004 ccanavos@canavosproperties.com | Landlord | | | | $10,159.26 |
| 16 | Brown & Edwards CPA LLP 701 Town Center Dr., Ste. 700 Newport News, VA 23606 | Hugh Barlow (757) 873-1033 hbarlow@becaps.com | Accountant | | | | $10,000.00 |
| 17 | Magnum Multimedia Inc. 13800 Coppermine Rd, Ste. 310 Herndon, VA 20171 | John M. Kim (703) 593-2370 jkim@magnummultimedia.com | Web Site Services | | | | $6,764.42 |
| 18 | Metlife P.O. Box 804466 Kansas City, MO 64180 | Dyani Ogletree (813) 673-3866 dyani_ogletree@metlifeservice.com | Employee Benefits | | | | $5,787.73 |
| 19 | SDA Solutions, LLC 3751 Stonewall Manor Drive Triangle, VA 22172 | Damaso Diaz (540) 226-3005 damaso.diaz@sdasolution.com | Government Contract - Subcontractor Services | | | | $5,165.03 |
| 20 | Mutual of Omaha P.O. Box 2147 Omaha, NE 68103 | c/o Audrey Field (703) 205-8746 audrey.field@usi.com | Employee Benefits | | | | $4,582.81 |