**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| INSIGNIA TECHNOLOGY SERVICES, LLC,[1] ) | Case No. 19-50277 |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Debtor's Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement") were prepared by the Debtor's management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statement. Accordingly, the Debtor reserves its right to amend and/or supplement their Schedules and Statement from time to time as may be necessary or appropriate and will do so as information becomes available.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement. In the event that the Schedules and Statement differ from the Global Notes, the Global Notes shall control.

**General Comments**

**Reservation of Rights.** While every effort has been made to ensure the accuracy of the Schedules and Statement, inadvertent errors or omissions may have occurred. The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability and classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statement.

---

[1] The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

**Basis of Presentation.** These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements. The Schedules and Statement have been signed by Frederick P. O'Brien, President and Chief Executive Officer. In reviewing and signing the Schedules and Statements, Mr. O'Brien has necessarily relied upon the efforts, statements and representations of the Debtor's personnel who report to Mr. O'Brien, either directly or indirectly. Mr. O'Brien has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

**Causes of Action.** The Debtor has made its best efforts to set forth known causes of action against third parties as assets in its Schedules and Statement. The Debtor reserves all of its rights with respect to causes of action it may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

**Claims.** Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that the claim is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent," or "unliquidated."

## Schedules

**Schedule A/B – Real and Personal Property.** All values set forth on Schedule A/B reflect the value of the Debtor's assets as of March 2, 2019 unless otherwise indicated. The Debtor has listed, to the best of its ability, all known deposits. In addition, the Debtor has listed the full amounts of its accounts receivable, which consist of amounts due under its various IT service contracts.

**Schedule D – Creditors Holding Secured Claims.** Except as otherwise ordered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of any transaction or any document or instrument related to such creditor's claim.

**Schedule G – Executory Contracts and Unexpired Leases.** The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and any amendments thereto. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements,

waivers, estoppel certificates, letter, and other documents, instruments, and agreements that may not be listed therein. Moreover, some of the contracts listed on Schedule G contain option periods in which the government may, at its discretion, determine to extend or conclude services under such contracts. Lastly, certain of the executory agreements may not have been memorialized and could be subject to dispute.

**\*\*\*END OF GLOBAL NOTES\*\*\***

---

**Fill in this information to identify the case:**

Debtor name  Insignia Technology Services, LLC

United States Bankruptcy Court for the:  Eastern  District of  Virginia
 (State)

Case number (If known):  19-50277

---

☐ Check if this is an
  amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY  to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 4,086,213.04 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY  to | 12/31/2018<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 19,494,176.15 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY  to | 12/31/2017<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 17,490,386.46 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY  to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |

---

| Debtor | Insignia Technology Services, LLC | Case number *(if known)* | 19-50277 |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit | _____ | $_____ | _____ |
| | Insider's name | | | |
| | Street | _____ | | _____ |
| | | | | |
| | City          State      ZIP Code | _____ | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | |
| | Street | | | _____ |
| | | _____ | | |
| | City          State      ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 2, Question 3 - List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.**

| Number | Creditor's Name | Address 1 | City | State | Zip | Date of Payments | Total Amount or Value | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|
| 3.1 | Akshita Tek Systems, Inc. | 19 Latham Village Lane, Unit 5 | Lantham | NY | 12110 | 1/14/2019 | $ (15,200.00) | Rendered Services: Subcontractor |
| 3.2 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 12/4/2018 | $ (25,273.90) | Benefit: 401k payment |
| 3.3 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 12/6/2018 | $ (23,635.64) | Benefit: 401k payment |
| 3.4 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 12/21/2018 | $ (23,439.38) | Benefit: 401k payment |
| 3.5 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 1/7/2019 | $ (25,683.13) | Benefit: 401k payment |
| 3.6 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 1/25/2019 | $ (4,696.24) | Benefit: 401k payment |
| 3.7 | Alerus Financial | P.O. Box 6001 | Grand Forks | ND | 58206-6001 | 2/5/2019 | $ (49,612.37) | Benefit: Medical Insurance |
| 3.8 | Anthem Blue Cross Blue Shield | P.O. Box 580949 | Charlotte | NC | 28258-0494 | 12/4/2018 | $ (62,906.25) | Benefit: Medical Insurance |
| 3.9 | Anthem Blue Cross Blue Shield | P.O. Box 580949 | Charlotte | NC | 28258-0494 | 2/1/2019 | $ (4,070.08) | Benefit: Medical Insurance |
| 3.10 | Bank of America | P.O. Box 660576 | Dallas | TX | 75266-0576 | 12/4/2018 | $ (30,666.33) | Credit Card: Corporate Card Payment |
| 3.11 | Bank of America | P.O. Box 660576 | Dallas | TX | 75266-0576 | 12/31/2018 | $ (32,300.26) | Credit Card: Corporate Card Payment |
| 3.12 | Bank of America | P.O. Box 660576 | Dallas | TX | 75266-0576 | 2/27/2019 | $ (61,211.50) | Credit Card: Corporate Card Payment |
| 3.13 | Benefit Wallet | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/6/2018 | $ (1,295.69) | Benefit: HSA Account Holder Deposit |
| 3.14 | Benefit Wallet | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/21/2018 | $ (1,295.69) | Benefit: HSA Account Holder Deposit |
| 3.15 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/4/2018 | $ (225.10) | Admin Fees: Benefits Administration |
| 3.16 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/7/2018 | $ (1,294.86) | Benefit: FSA Account Holder Deposit |
| 3.17 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/21/2018 | $ (1,250.86) | Benefit: FSA Account Holder Deposit |
| 3.18 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 12/26/2018 | $ (109.60) | Admin Fees: Benefits Administration |
| 3.19 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 1/7/2019 | $ (2,106.85) | Benefit: FSA Account Holder Deposit |
| 3.20 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 1/10/2019 | $ (111.00) | Admin Fees: Benefits Administration |
| 3.21 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 1/22/2019 | $ (2,106.85) | Benefit: FSA Account Holder Deposit |
| 3.22 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 2/1/2019 | $ (138.00) | Admin Fees: Benefits Administration |
| 3.23 | Beneflex | 397 Little Neck Rd., Suite 108, Building 3300 | Virginia Beach | VA | 23452 | 2/27/2019 | $ (109.60) | Admin Fees: Benefits Administration |
| 3.24 | Bernstein Management Corporation | 5301 Wisconsin Avenue, NW Suite 500 | Washington | DC | 20015 | 1/8/2019 | $ (3,758.83) | Rental Payment- Sterling, VA office |
| 3.25 | Bernstein Management Corporation | 5302 Wisconsin Avenue, NW Suite 500 | Washington | DC | 20016 | 1/8/2019 | $ (3,758.83) | Rental Payment- Sterling, VA office |
| 3.26 | Brown & Edwards CPA | 701 Town Center Dr, Suite 700 | Newport News | VA | 23606 | 2/27/2019 | $ (10,000.00) | Rendered Services: Accountant |
| 3.27 | CACI Enterprise Solutions, Inc. | P.O. Box 418801 | Boston | MA | 02241-8801 | 12/4/2018 | $ (196,576.58) | Rendered Services: Subcontractor |
| 3.28 | CACI Enterprise Solutions, Inc. | P.O. Box 418801 | Boston | MA | 02241-8802 | 1/9/2019 | $ (255,807.68) | Rendered Services: Subcontractor |
| 3.29 | CACI Enterprise Solutions, Inc. | P.O. Box 418801 | Boston | MA | 02241-8802 | 2/27/2019 | $ (282,796.55) | Rendered Services: Subcontractor |
| 3.30 | City of Newport News | 2400 Washington Ave | Newport News | VA | 23607 | 12/4/2018 | $ (2,807.91) | Fee: Property Taxes |
| 3.31 | City of Newport News | 2400 Washington Ave | Newport News | VA | 23608 | 1/25/2019 | $ (24,946.05) | Fee: Business License |
| 3.32 | Dell Business Credit | P.O. Box 5275 | Carol Stream | IL | 60197-4349 | 12/19/2018 | $ (39,267.47) | IT equipment purchase |
| 3.33 | Dell Business Credit | P.O. Box 5275 | Carol Stream | IL | 60197-4349 | 1/25/2019 | $ (2,438.02) | IT equipment purchase |
| 3.34 | EA Frameworks, LLC | 1716 Briarcrest Drive, Suite 320 | Bryan | TX | 77802 | 12/5/2018 | $ (20,700.80) | Rendered Service: Subcontractor |
| 3.35 | EA Frameworks, LLC | 1716 Briarcrest Drive, Suite 320 | Bryan | TX | 77802 | 1/14/2019 | $ (20,700.80) | Rendered Service: Subcontractor |
| 3.36 | Fox Rothschild LLP | 1030 15th St NW, Suite 380 | DC | 20005 | 2/27/2019 | $ (9,418.00) | Rendered Services: Legal |
| 3.37 | Global Insights + Solutions LLC | 11293 Market Street | Fulton | MD | 20759 | 12/5/2018 | $ (19,102.40) | Rendered Service: Subcontractor Payment |
| 3.38 | Global Insights + Solutions LLC | 11293 Market Street | Fulton | MD | 20759 | 1/14/2019 | $ (19,102.40) | Rendered Service: Subcontractor Payment |
| 3.39 | IGES, LLC | 405 Ians Way | Chesapeake | VA | 23320 | 12/5/2018 | $ (20,700.80) | Rendered Service: Subcontractor |
| 3.40 | IGES, LLC | 405 Ians Way | Chesapeake | VA | 23320 | 1/14/2019 | $ (20,700.80) | Rendered Service: Subcontractor |
| 3.41 | IGES, LLC | 405 Ians Way | Chesapeake | VA | 23320 | 2/27/2019 | $ (18,630.72) | Rendered Service: Subcontractor |
| 3.42 | InQuisient | 11654 Plaza America Drive, #639 | Reston | VA | 20190 | 12/5/2018 | $ (18,360.00) | Rendered Service: Subcontractor Payment |
| 3.43 | InQuisient | 11654 Plaza America Drive, #639 | Reston | VA | 20190 | 1/14/2019 | $ (20,790.00) | Rendered Service: Subcontractor Payment |
| 3.44 | Kinetic Solutions, LLC | 2013 Main Line Blvd. #102 | Alexandria | VA | 23301 | 12/5/2018 | $ (17,480.00) | Rendered Service: Consultant Payment |
| 3.45 | Kinetic Solutions, LLC | 2013 Main Line Blvd. #102 | Alexandria | VA | 23301 | 1/14/2019 | $ (15,200.00) | Rendered Service: Consultant Payment |
| 3.46 | Leading Strategy, Inc. | 1804 Anderson Road | Falls Church | VA | 22043 | 12/5/2018 | $ (17,480.00) | Rendered Service: Consultant Payment |
| 3.47 | Leading Strategy, Inc. | 1804 Anderson Road | Falls Church | VA | 22043 | 1/15/2019 | $ (15,960.00) | Rendered Service: Consultant Payment |
| 3.48 | Metlife | P.O. Box 804466 | Kansas City | MO | 64180-4466 | 12/4/2018 | $ (5,283.15) | Benefit: Dental Insurance |
| 3.49 | Metlife | P.O. Box 804466 | Kansas City | MO | 64180-4466 | 1/3/2019 | $ (5,517.61) | Benefit: Dental Insurance |
| 3.50 | Metlife | P.O. Box 804466 | Kansas City | MO | 64180-4466 | 2/1/2019 | $ (5,787.73) | Benefit: Dental Insurance |
| 3.51 | Mutual of Omaha | PO Box 2147 | Omaha | NE | 68103-2147 | 12/4/2018 | $ (3,474.59) | Benefit: Life Insurance |
| 3.52 | Mutual of Omaha | PO Box 2147 | Omaha | NE | 68103-2147 | 1/3/2019 | $ (3,659.98) | Benefit: Life Insurance |
| 3.53 | Mutual of Omaha | PO Box 2147 | Omaha | NE | 68103-2147 | 2/1/2019 | $ (4,582.81) | Benefit: Life Insurance |
| 3.54 | National Disabled Veterans Winter Sports | 3725 Alexandria Pike | Cold Springs | KY | 41076 | 12/13/2018 | $ (5,000.00) | Charitable Contribution |
| 3.55 | Optum Bank | P.O. Box 271629 | Salt Lake | UT | 84127 | 2/27/2019 | $ (24,000.00) | Benefit: Health Savings Account |
| 3.56 | Optum Bank | P.O. Box 271629 | Salt Lake | UT | 84127 | 2/27/2019 | $ (6,437.09) | Benefits: Health Savings Account |
| 3.57 | PCT LLC | 1115 Independence Blvd Suite 208 | Virginia Beach | VA | 23455 | 12/4/2018 | $ (10,159.26) | Rental Payment- Newport News, VA |
| 3.58 | PCT LLC | 1115 Independence Blvd Suite 208 | Virginia Beach | VA | 23455 | 1/3/2019 | $ (10,159.26) | Rental Payment- Newport News, VA |
| 3.59 | PCT LLC | 1115 Independence Blvd Suite 208 | Virginia Beach | VA | 23455 | 2/1/2019 | $ (11,552.19) | Rental Payment- Newport News, VA & Utilities |
| 3.60 | Pillsbury Winthrop Shaw Pittman LLP | P.O. Box 601240 | Charlotte | NC | 28260-1240 | 3/1/2019 | $ (225,000.00) | Professional Services Fee: Legal - Retainer 2 |
| 3.61 | Pillsbury Winthrop Shaw Pittman LLP | P.O. Box 601240 | Charlotte | NC | 28260-1240 | 1/25/2019 | $ (350,000.00) | Professional Services Fee: Legal - Retainer 1 |
| 3.62 | PKS, LLC | 1282 Smallwood Drive, Suite 334 | Waldorf | MD | 20603 | 2/4/2019 | $ (9,067.50) | Rendered Service: Subcontractor |
| 3.63 | PKS, LLC | 1282 Smallwood Drive, Suite 334 | Waldorf | MD | 20603 | 2/27/2019 | $ (5,022.00) | Rendered Service: Subcontractor |
| 3.64 | Robert Half Finance & Accounting | P.O. Box 743295 | Los Angeles | CA | 90074-3295 | 12/19/2018 | $ (19,000.00) | Direct hire replacement fee |
| 3.65 | Russo Group | 17 Amalfi Ct. | Robbinsville | NJ | 8691 | 2/27/2019 | $ (7,600.00) | Rendered Services: Subcontractor |
| 3.66 | Sprezzatura | P.O. Box 201613 | Denver | CO | 80220 | 1/10/2019 | $ (40,823.20) | Rendered Service: Subcontractor |
| 3.67 | Sprezzatura | P.O. Box 201613 | Denver | CO | 80220 | 2/1/2019 | $ (14,102.56) | Rendered Service: Subcontractor |
| 3.68 | Take2 Consulting, LLC | 1593 Spring Hill Road, Suite 100 | Vienna | VA | 22182 | 2/1/2019 | $ (16,100.00) | Direct hire replacement fee |
| 3.69 | TapRoot Solutions, Inc. | 401 Golden Bear Dr. | Austin | TX | 78734 | 12/13/2018 | $ (7,500.00) | Rendered Service: Subcontractor Payment |
| 3.70 | TapRoot Solutions, Inc. | 401 Golden Bear Dr. | Austin | TX | 78734 | 1/15/2019 | $ (6,600.00) | Rendered Service: Subcontractor Payment |
| 3.71 | Tek Systems | P.O. Box 198568 | Atlanta | GA | 30384-8568 | 12/21/2018 | $ (11,666.00) | Direct hire replacement fee |
| 3.72 | Tek Systems | P.O. Box 198568 | Atlanta | GA | 30384-8568 | 1/3/2019 | $ (11,666.00) | Direct hire replacement fee |
| 3.73 | Tek Systems | P.O. Box 198568 | Atlanta | GA | 30384-8568 | 1/10/2019 | $ (36,520.00) | Direct hire replacement fee |
| 3.74 | Tek Systems | P.O. Box 198568 | Atlanta | GA | 30384-8568 | 2/1/2019 | $ (12,428.00) | Direct hire replacement fee |
| 3.75 | The Hartford | P.O. Box 660916 | Dallas | TX | 75266-0916 | 12/13/2018 | $ (4,613.92) | Company Insurance Premiums |
| 3.76 | The Hartford | P.O. Box 660916 | Dallas | TX | 75266-0916 | 1/18/2019 | $ (5,425.24) | Company Insurance Premiums |
| 3.77 | The Hartford | P.O. Box 660916 | Dallas | TX | 75266-0916 | 2/27/2019 | $ (950.48) | Company Insurance Premiums |
| 3.78 | UHS Premium Billing | P.O. Box 94017 | Palatine | IL | 60094-4017 | 1/25/2019 | $ (121,848.45) | Benefit: Medical Insurance |
| 3.79 | VAIL Technologies, LLC | 4628 Covered Bridge Lane | West Harrison | IN | 47060 | 12/4/2018 | $ (83,654.64) | Rendered Services: Subcontractor |
| 3.80 | VAIL Technologies, LLC | 4628 Covered Bridge Lane | West Harrison | IN | 47060 | 2/1/2019 | $ (20,057.60) | Rendered Services: Subcontractor |
| 3.81 | Verity LLC | 960 Deereco Road, Suite 500 | Timonium | MD | 21093 | 2/11/2019 | $ (40,000.00) | Professional Services Fee: Consulting Expert |
| 3.82 | Zeva Incorporated | 11710 Plaza America Drive | Reston | VA | 20190 | 2/27/2019 | $ (61,627.25) | Rendered Services: Subcontractor |
| 3.83 | Zeva Incorporated | 11710 Plaza America Drive | Reston | VA | 20190 | 2/27/2019 | $ (26,696.00) | Rendered Services: Subcontractor |
| 3.84 | Zeva Incorporated | 11710 Plaza America Drive | Reston | VA | 20190 | 2/27/2019 | $ (26,696.00) | Rendered Services: Subcontractor |

**Part 2, Question 4 - List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.**

| Number | Name | Address 1 | City | State | Zip | Relationship to Debtor | Total Amount or Value | Date of Payments | Reason for Providing Value |
|---|---|---|---|---|---|---|---|---|---|
| 4.1 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 02/16/2018 | Rent 2/2018 |
| 4.2 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 03/16/2018 | Rent 3/2018 |
| 4.3 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 04/16/2018 | Rent 4/2018 |
| 4.4 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 05/16/2018 | Rent 5/2018 |
| 4.5 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 06/15/2018 | Rent 6/2018 |
| 4.6 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 07/16/2018 | Rent 7/2018 |
| 4.7 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 08/17/2018 | Rent 8/2018 |
| 4.8 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 09/14/2018 | Rent 9/2018 |
| 4.9 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 10/16/2018 | Rent 10/2018 |
| 4.10 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 11/16/2018 | Rent 11/2018 |
| 4.11 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 12/14/2018 | Rent 12/2018 |
| 4.12 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 01/14/2019 | Rent 1/2019 |
| 4.13 | Melissa Mailley | 1214 Franklin St | Alexandria | VA | 22314 | Daughter In Law | $1,000.00 | 02/14/2019 | Rent 2/2019 |

| Debtor | Insignia Technology Services, LLC | Case number (if known) | 19-50277 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|-----------------------------|------|-------------------|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|------------------------------------------|----------------------|--------|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-------------------------------------|----------------|
| 7.1. See Exhibit | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State     ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State     ZIP Code | |

Cse No. 19-50277

**Part 3, Question 7 - List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.**

| Number | Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|---|
| 7.1 | David La Clair v. Frederick P. O'Brien and Insignia Technology Services, LLC | Civil Action | U.S.D.C. E.D. Va - Newport News Division | Pending |
| 7.2 | Ragin v. Insignia Technology Services, LLC / 570-2018-01621 | EEOC | EEOC, 131 M St NE, Washington, DC 20002 | Concluded |
| 7.3 | Ragin v. Insignia Technology Services, LLC/ 570-2019-00388 | EEOC | EEOC, 131 M St NE, Washington, DC 20002 | Pending |
| 7.4 | Pulino v. Insignia Technology Services, LLC / 1002019165 | OFCCP | OFCCP, 200 Constitution Ave NW, Washington, DC 20210 | Pending |

| Debtor | Insignia Technology Services, LLC | Case number (if known) | 19-50277 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | | Street |
| City          State      ZIP Code | **Case number** | |
| | _____ | City          State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | See Exhibit | _____ | _____ | $_____ |
| | Recipient's name | _____ | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | _____ | | $_____ |
| | Street | _____ | | |
| | City          State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

**Part 4, Question 9: List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

| Number | Recipient Name | Address | Description of the gift or contribution | Dates Given | Value |
|---|---|---|---|---|---|
| 9.1 | DAV National Headquarters | 3725 Alexandria Pike, Cold Spring, KY 41076 | 2019 National Disabled Veterans Winter Sports Clinic- Bronze Sponsor | 12/13/2018 | $ 5,000.00 |
| 9.2 | Paralyzed Veterans of America | 13145 Applegrove Lane, Herndon, VA 20171 | Mission Able Awards 2017 Patron Sponsor | 8/10/2017 | $ 5,000.00 |
| 9.3 | Paralyzed Veterans of America | 13145 Applegrove Lane, Herndon, VA 20171 | Mission Able Awards 2018 Patron Sponsor | 4/30/2018 | $ 10,000.00 |
| 9.4 | WPY- Team Hole in the Wall | 565 Ashford Center Road, Ashford, CT 06278 | Athletic Fundraising Initiative for the Seriously Ill Children & Families | 4/16/2017 | $ 1,045.00 |

Debtor    Insignia Technology Services, LLC                                    Case number *(if known)*    19-50277
_____
Name

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pillsbury Winthrop Shaw Pittman LLP | | 1/25/2019 3/1/2019 | $ 575,000.00 |
| | **Address** | | | |
| | 1650 Tysons Blvd | | | |
| | Street | | | |
| | McLean                VA        22102 | | | |
| | City                       State      ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.pillsburylaw.com/en/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Verity LLC | | 2/11/2019 | $ 40,000 |
| | **Address** | | | |
| | 960 Deereco Rd | | | |
| | Street | | | |
| | Suite 500 | | | |
| | Timonium            MD        21093 | | | |
| | City                       State      ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.verity-llc.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Pillsbury Winthrop Shaw Pittman LLP | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Insignia Technology Services, LLC    Case number (if known)    19-50277
_____    _____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | $_____ |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Exhibit | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State      ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State      ZIP Code | |

Case No. 19-50277

**Part 7, Question 14: List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.**

| Number | Address | City | State | Zip | Dates of Occupancy |
|---|---|---|---|---|---|
| 14.1 | 1060 East Montague Avenue, Suite 101 | Charleston | SC | 29405 | 11/7/2016-11/1/2018 |
| 14.2 | 3300 W Montague | North Charleston | SC | 29418 | 9/1/2014-8/31/2017 |
| 14.3 | 1401 Wilson Boulevard | Arlington | VA | 22209 | 4/15/2015-5/31/2016 |

Debtor     Insignia Technology Services, LLC                                    Case number (if known)    19-50277
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____                    _____
Facility name                                   _____

_____      **Location where patient records are maintained** (if different from facility    **How are records kept?**
Street                        address). If electronic, identify any service provider.

_____      _____      *Check all that apply:*
City          State     ZIP Code    _____    ☐ Electronically
                                                              ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____                    _____
Facility name                                   _____

_____      **Location where patient records are maintained** (if different from facility    **How are records kept?**
Street                        address). If electronic, identify any service provider.

_____      _____      *Check all that apply:*
City          State     ZIP Code    _____    ☐ Electronically
                                                              ☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?

☐ No
☐ Yes

Debtor    Insignia Technology Services, LLC _____    Case number (if known)___19-50277_____
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Insignia Technology Services, LLC | Case number (if known) | 19-50277 |
|---|---|---|---|
| | Name | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | Street | | |
| | _____ | _____ | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor _____Insignia Technology Services, LLC_____    Case number (*if known*)_____19-50277_____
       Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State       ZIP Code | City          State       ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name
Street
City          State       ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____  To _____ |
| 25.2. | Name
Street
City          State       ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____  To _____ |
| 25.3. | Name
Street
City          State       ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____  To _____ |

| Debtor | Insignia Technology Services, LLC | Case number *(if known)* | 19-50277 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. See Exhibit | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. See Exhibit | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. See Exhibit | |
| Name | |
| Street | |
| City          State          ZIP Code | |

**Part 13, Question 26a - List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

| Number | Name | Address 1 | City | State | Zip | Dates of Service |
|---|---|---|---|---|---|---|
| 26a.1 | Hugh Barlow, Dixon Hughes Goodman, LLC | 701 Town Center Drive, Suite 700 | Newport News | VA | 23606 | 03/27/14-10/24/18 |
| 26a.2 | Hugh Barlow, Brown Edwards & Company, LLP | 701 Town Center Drive, Suite 700 | Newport News | VA | 23606 | 10/25/18-Present |
| 26a.3 | Heather Grochowski | 8922 Granby Street | Norfolk | VA | 23503 | 6/1/2010-11/7/2017 |
| 26a.4 | Kelly Martin | 610 Thimble Shoals Blvd, Bldg 6 | Newport News | VA | 23606 | 12/4/2017-Present |

**Part 13, Question 26b - List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

| Number | Name | Address 1 | City | State | Zip | Dates of Service |
|---|---|---|---|---|---|---|
| 26b.1 | Hugh Barlow, Dixon Hughes Goodman, LLC | 701 Town Center Drive, Suite 700 | Newport News | VA | 23606 | 03/27/14-10/24/18 |
| 26b.2 | Hugh Barlow, Brown Edwards & Company, LLP | 701 Town Center Drive, Suite 700 | Newport News | VA | 23606 | 10/25/18-Present |

**Part 13, Question 26c - List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

| Number | Name | Address 1 | City | State | Zip | Unavailable Books and Records? |
|---|---|---|---|---|---|---|
| 26c.1 | Hugh Barlow, Brown Edwards & Company, LLP | 701 Town Center Drive, Suite 700 | Newport News | VA | 23606 | No |
| 26c.2 | Kelly Martin | 610 Thimble Shoals Blvd, Bldg 6 | Newport News | VA | 23606 | No |

Debtor  ___Insignia Technology Services, LLC_____  Case number *(if known)*_____19-50277_____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____  _____
        Name                                        _____
        _____  _____
        Street
        _____
        City                  State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  ___See Exhibit_____
        Name
        _____
        Street
        _____
        _____
        City                  State        ZIP Code

| Name and address |
|---|

26d.2.  _____
        Name
        _____
        Street
        _____
        _____
        City                  State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ___Kelly Martin - Corporate Controller for Insignia Technology Services, LLC___ | 12/12/2018 | $ 407,294.10 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   Kelly Martin - Corporate Controller
        _____
        Name
        610 Thimble Shoals Blvd, Building 6
        _____
        Street
        _____
        Newport News                  VA       23606
        City                  State        ZIP Code

Case No. 19-50277

**Part 13, Question 26d - List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

| Number | Name | Address 1 | City | State | Zip | Unavailable Books and Records? |
|--------|------|-----------|------|-------|-----|-------------------------------|
| 26d.1 | David La Clair | 312 Chinquapin Orchard | Yorktown | VA | 23693 | No |
| 26d.2 | Capital One Bank | 1750 Tysons Blvd, 12th Floor | McLean | VA | 22102 | No |

| Debtor | Insignia Technology Services, LLC | Case number *(if known)* | 19-50277 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City                                        State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frederick P. O'Brien | 220 Olde Pond Ln Yorktown, VA 23693 | Member/CEO | 100% |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   See Exhibit | | | |
| Name | | | |
| Street | | | |
| | | | |
| City                    State          ZIP Code | | | |
| Relationship to debtor | | | |

**Part 13, Question 30 - Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?**

| Number | Name | Address 1 | City | State | Zip | Relationship to Debtor | of and Value o | ate of Paymen | Reason for Providing Value |
|---|---|---|---|---|---|---|---|---|---|
| 30.1 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 02/28/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.2 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 02/28/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.3 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/06/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.4 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/06/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.5 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/13/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.6 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/13/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.7 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/20/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.8 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/20/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.9 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/29/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.10 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 03/29/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.11 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/03/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.12 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/03/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.13 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/10/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.14 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/10/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.15 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/17/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.16 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/17/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.17 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.18 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 04/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.19 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/01/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.20 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/01/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.21 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/07/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.22 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/07/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.23 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/14/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.24 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/14/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.25 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/29/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.26 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 05/29/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.27 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/05/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.28 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/05/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.29 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/12/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.30 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/12/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.31 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/19/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.32 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/19/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.33 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.34 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 06/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.35 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/05/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.36 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/05/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.37 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/10/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.38 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/10/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.39 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/19/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.40 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/19/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.41 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/24/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.42 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 07/24/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.43 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/02/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.44 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/02/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.45 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/07/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.46 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/07/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.47 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/16/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.48 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/16/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.49 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/30/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.50 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/30/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.51 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/30/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.52 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 08/30/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.53 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/14/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.54 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/14/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.55 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $479,992.00 | 09/14/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.56 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/17/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.57 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/17/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.58 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,077.00 | 09/18/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.59 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,077.00 | 09/18/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.60 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,077.00 | 09/18/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.61 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,077.00 | 09/18/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.62 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.63 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 09/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.64 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/01/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.65 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/01/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.66 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/11/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.67 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/11/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.68 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/15/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.69 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/15/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.70 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.71 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 10/26/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.72 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/09/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.73 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/09/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.74 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/13/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.75 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/13/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.76 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/23/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.77 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/23/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.78 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/23/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.79 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 11/23/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.80 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 12/04/2018 | Guaranteed Payment (Reasonable Compensation) |

| 30.81 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 12/04/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.82 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 12/11/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.83 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 12/24/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.84 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 12/31/2018 | Guaranteed Payment (Reasonable Compensation) |
| 30.85 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 1/8/2019 | Guaranteed Payment (Reasonable Compensation) |
| 30.86 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 1/17/2019 | Guaranteed Payment (Reasonable Compensation) |
| 30.87 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $3,173.00 | 1/22/2019 | Guaranteed Payment (Reasonable Compensation) |
| 30.88 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $5,972.50 | 2/14/2019 | Guaranteed Payment (Reasonable Compensation) |
| 30.89 | Fred O'Brien | 220 Olde Pond Lane | Yorktown | VA | 23693 | Manager/Member | $5,972.50 | 2/28/2019 | Guaranteed Payment (Reasonable Compensation) |

Debtor     Insignia Technology Services, LLC       Case number (*if known*)   19-50277
Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| Name | | _____ | |
| Street | | _____ | |
| | | _____ | |
| City | State | ZIP Code | _____ |
| **Relationship to debtor** | | _____ | |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**    **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 02 / 2019
         MM / DD / YYYY

✘   */s/ Frederick P. O'Brien*       Printed name   Frederick P. O'Brien
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President & CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes