IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| In re: | ) |
| | ) |
| INSIGNIA TECHNOLOGY SERVICES, LLC,[1] | )   Case No. 19-50277 |
| | ) |
| Debtor. | )   Chapter 11 |
| | ) |

## CERTIFICATION CONCERNING CREDITOR MATRIX

Insignia Technology Services, LLC (the "Debtor"), as debtor and debtor-in-possession, verifies that the list of creditors, attached hereto as **Exhibit A** (the "List"), is true and correct to the best of its knowledge and consistent with the Debtor's books and records. The Debtor will supplement the List to the extent additional information regarding the Debtor's creditors becomes available.

The information contained in the List is based upon a review of the Debtor's books and records. The Debtor, however, has not conducted a comprehensive legal or factual investigation regarding the accuracy of the information or possible defenses to claims. Consequently, the List is not: (i) an acknowledgement of the accuracy of the identity of any creditor, the validity of any claim or the amount of any claim, or (ii) a waiver of any right or legal position of the Debtor.

Dated: March 2, 2019                        Respectfully submitted,

                                            /s/ Frederick P. O'Brien
                                            Frederick P. O'Brien
                                            President and Chief Executive Officer
                                            Insignia Technology Services, LLC

---

[1] The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

Submitted by:

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Patrick J. Potter*
    Patrick J. Potter, VSB No. 37966
    Pillsbury Winthrop Shaw Pittman LLP
    1200 Seventeenth Street, NW
    Washington, DC 20036
    Tel: (202) 663-8928
    Email: patrick.potter@pillsburylaw.com

    Jason S. Sharp, *pro hac vice* admission pending
    Pillsbury Winthrop Shaw Pittman LLP
    2 Houston Center
    909 Fannin, Suite 2000
    Houston, TX 77010
    Tel: (713) 276-7600
    Email: jason.sharp@pillsburylaw.com

    Andrew V. Alfano, *pro hac vice* admission pending
    Pillsbury Winthrop Shaw Pittman LLP
    1540 Broadway
    New York, NY 10036
    Tel: (212) 858-1000
    Email: andrew.alfano@pillsburylaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*