James R. Schroll (VSB No. 19646)
Andrea Campbell Davison (VSB No. 78036)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd, Suite 500
Arlington, Virginia 22201
(703) 525-4000
*Counsel for CACI Enterprise Solutions, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Newport News Division)

| | |
|---|---|
| **In re:** | |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,** | **Case No. 19-50277-SCS** |
| **Debtor.** | **Chapter 11** |

## NOTICE OF MOTION OF CACI ENTERPRISE SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT HEARING TO BE HELD ON AUGUST 22, 2019

CACI Enterprise Solutions, Inc. by counsel, has filed a Motion to Appear Telephonically at the Hearing to be Held on August 22, 2019 (the "Motion to Shorten Time")*.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Under Local Bankruptcy Rule 9013-1, unless a written response to this Motion and supporting memorandum are filed with the Clerk of Court and served on the moving party objecting to the relief requested before the Court grants the Motion, the Court may deem any opposition waived, treat the Motion to Appear Telephonically as conceded, and issue an order granting the relief requested without further notice or hearing. Responses must be mailed to:

Clerk of Court
United States Bankruptcy Court
2400 West Avenue
Newport News, VA 23607

with a copy to:

James R. Schroll, Esq.
Andrea Campbell Davison, Esq.
Bean Kinney & Korman, P.C.
2311 Wilson Blvd, Suite 500
Arlington, Virginia 22203

1

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: August 14, 2019

>*/s/ Andrea Campbell Davison*
>James R. Schroll (VSB No. 19646)
>Andrea Campbell Davison (VSB No. 78036)
>BEAN, KINNEY & KORMAN, P.C.
>2300 Wilson Blvd., 7th Floor
>Arlington, Virginia 22201
>(703) 525-4000
>(703) 525-2207 (Fax)
>jschroll@beankinney.com
>adavison@beankinney.com
>*Counsel for CACI Enterprise Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of August, 2019, a true and correct copy of the foregoing *Notice* was served via the Court's CM/ECF service on all parties entitled to receive notice in the above-captioned case including the following:

Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
*Counsel for Debtor*

Frederick P. O'Brien
220 Olde Pond Lane
Yorktown, VA 23693
*Debtor Designee*

Nicholas S. Herron
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
*Counsel for the U.S. Trustee*

                                                                    */s/ Andrea Campbell Davison*
                                                                    Andrea Campbell Davison