**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| INSIGNIA TECHNOLOGY SERVICES, LLC, | Bankruptcy Case No. 19-50277-SCS<br>Chapter 11 |
| Debtor. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held before the United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division, United States Courthouse, 2400 West Avenue, Newport News, Virginia 23607, on Friday, October 11, 2019, at 11:00 a.m. to consider and act upon the following:

   i.  The Motion to Dismiss and Supporting Memorandum [Dkt. No. 177] (the "Motion to Dismiss") filed on behalf of John P. Fitzgerald, II, Acting United States Trustee (the "Trustee"); and

   ii. The Emergency Motion for the Appointment of a Chapter 11 Trustee [Dkt. No. 155] (the "Trustee Motion"), filed on behalf of Mr. David La Clair ("Mr. La Clair").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

Under Local Rule 9013-1, if you wish to file a response to the Motion to Dismiss or the Trustee Motion, or if you wish the Court to consider your views on either Motion, then or your attorney must submit a written response, filed with the Clerk of the Bankruptcy Court and served

John D. McIntyre (VSB No. 35925)
MCINTYRE STEIN, PLLC
101 West Main Street, Suite 920
Norfolk, Virginia 23510
Telephone: (757) 961-3900
Telecopier: (757) 961-3966
jmcintyre@mcintyrestein.com
*Counsel for David La Clair*

on (i) counsel for Insignia Technology Services, LLC (the "Debtor"), the undersigned, and counsel for the Trustee, at least **seven (7) days** prior to the scheduled hearing date. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it in a timely manner.

If you file a response, or if you have already filed a response, then you must also appear at the scheduled hearing or the Court may deem any opposition to the applicable Motion as waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

PLEASE GOVERN YOURSELF ACCORDINGLY.

          Respectfully Submitted,

          David La Clair

          By:     */s/ John D. McIntyre*
                 Of Counsel

John D. McIntyre (VSB No. 35925)
McIntyre Stein, PLLC
101 W. Main Street, Suite 920
Norfolk, VA 23510
757-961-3900 (T)
757-961-3966 (F)
jmcintyre@mcintyrestein.com
*Counsel for David La Clair*