Patrick J. Potter, VSB No. 39766
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
Tel: (202) 663-8928
Email: patrick.potter@pillsburylaw.com

*Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,**[1] ) | Case No. 19-50277-SCS |
| ) | |
| **Debtor.** ) | Chapter 11 |
| ) | |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE THAT** the Court has scheduled a hearing on the following motion (the "Motion") for **October 11, 2019 at 11:00 a.m. (ET)** (the "Hearing") **at the United States Bankruptcy Court – Newport News Division, 2400 West Avenue, Newport News, VA**:

    (1)    Motion to Assume Unexpired Nonresidential Real Property Lease With PCT, LLC Effective From September 30, 2019 [Doc. 260]

    **YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

    **PLEASE TAKE FURTHER NOTICE THAT** under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the Debtor's counsel at least three (3) days before the scheduled Hearing date (the "Objection Deadline"), the Court may deem any opposition waived, treat the Motion as conceded, and issue orders granting the requested relief without further notice or hearing.

    **PLEASE TAKE FURTHER NOTICE THAT** you may file a written response at: **U.S. Courthouse, 2400 West Avenue, Newport News, VA** or mail your response to the Court for filing to: **U.S. Bankruptcy Court, 600 Granby Street, Room 400, Norfolk, VA 23510-1915.**

---

[1] The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

**PLEASE TAKE FURTHER NOTICE THAT** you must also send a copy of any response filed with the Court to the Debtor's counsel at: Pillsbury Winthrop Shaw Pittman LLP, Attn: Patrick J. Potter 1200 Seventeenth Street, NW, Washington, DC 20036.

**PLEASE TAKE FURTHER NOTICE THAT** you must mail any response early enough so the Court and the Debtor's counsel will receive it on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion may be obtained at https://www.vaeb.uscourts.gov or by written/email request to the undersigned counsel for the Debtor.

Dated: September 27, 2019                PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Patrick J. Potter*
Patrick J. Potter, VSB No. 39766
1200 Seventeenth Street, NW
Washington, DC 20036
Tel (202) 663-8928
Fax (202) 663-8007
E-mail:  patrick.potter@pillsburylaw.com

*Counsel for the Debtor and Debtor in Possession*