IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

|  |  |
|---|---|
| In re: | ) ) ) |
| INSIGNIA TECHNOLOGY SERVICES, LLC, | ) )    Case No. 19-50277-SCS ) |
| Debtor. | )    Chapter 11 |

### NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION

PLEASE TAKE NOTICE THAT the Court has scheduled a hearing on the following final fee application (the "Application") for **December 13, 2019 at 11:00 a.m. (ET)** (the "Hearing") **at the United States Bankruptcy Court – Newport News Division, 2400 West Avenue, Newport News, VA**:

>   (1)   *First and Final Application of Jones, Blechman, Woltz & Kelly, P.C. for Compensation for Professional Services Rendered As Debtor's Employment Legal Counsel for the Period From March 2, 2019 Through October 3, 2019* [Doc. 273].

<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE THAT** under Local Bankruptcy Rule 9013-1, unless a written response to a particular Application is filed with the Clerk of Court and served on the Debtor's counsel at least seven (7) days before the scheduled Hearing date (the "<u>Objection Deadline</u>"), the Court may deem any opposition waived, treat the Application as conceded, and issue an order or orders granting the requested relief without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any objection shall identify with specificity the objectionable fees and expenses, including the amount of the objected to fees and expenses, and the basis for the objection. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**PLEASE TAKE FURTHER NOTICE THAT** you may file a written response at: **U.S. Courthouse, 2400 West Avenue, Newport News, VA** or mail your response to the Court for filing to: **U.S. Bankruptcy Court, 600 Granby Street, Room 400, Norfolk, VA 23510-1915.**

**PLEASE TAKE FURTHER NOTICE THAT** you must also send a copy of any response filed with the Court to: (i) counsel to Jones, Blechman Woltz & Kelly, P.C., 701 Town Center Drive, Suite 800, Newport News, Virginia (Attn: Matthew D. Meadows, mmeadows@jbwk.com); and (ii) the Office of the U.S. Trustee for Region 4, 200 Granby Street, Suite 625, Norfolk, VA 23510 (Attn: Nicholas S. Herron, Esq., nicholas.s.herron@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE THAT** you must mail any response early enough so the Court and the counsel to Jones, Blechman, Woltz & Kelly, P.C. will receive it on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Applications may be obtained at https://www.vaeb.uscourts.gov or by written/email request to the undersigned counsel for the Jones, Blechman, Woltz & Kelly, P.C.

Dated: October 31, 2019                     JONES, BLECHMAN, WOLTZ & KELLY, P.C.

*/s/ Matthew D. Meadows*
Robyn H. Hansen (Bar No. 23134)
Matthew D. Meadows (Bar No. 47172)
701 Town Center Drive, Suite 800
Newport News, Virginia 23606
Tel (757) 873-8000
Fax (757) 873-8103
E-mail: mmeadows@jbwk.com