IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

|  |  |
|---|---|
| In re: ) | |
| ) | |
| INSIGNIA TECHNOLOGY SERVICES, LLC, ) | Case No. 19-50277-SCS |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

### CERTIFICATE OF SERVICE

I, Matthew D. Meadows, hereby certify that, on October 31, 2019, I caused true and correct copies of the following documents to be served (i) by email on the parties attached hereto as **Exhibit A;** and (ii) by first-class mail on the service list attached hereto as **Exhibit B:**

- **Notice of Hearing on First and Final Fee Application for December 13, 2019 @ 11:00 [Doc. 307]**

Dated: October 31, 2019                     Respectfully submitted,

JONES, BLECHMAN, WOLTZ & KELLY, P.C.

By:    /s/ Matthew D. Meadows
Robyn H. Hansen (Bar No. 23134)
Matthew D. Meadows (Bar No. 47172)
701 Town Center Drive, Suite 800
Newport News, Virginia 23606
Tel (757) 873-8000
Fax (757) 873-8103
E-mail: mmeadows@jbwk.com

## Exhibit A

CACI Enterprise Solutions, Inc.
regan.anderson@caci.com

Counsel to CACI Enterprise Solutions, Inc. jschroll@beankinney.com
adavison@beankinney.com

Paylocity
mallen@paylocity.com

Zeva Incorporated
sam@zeva.us
gdoumar@doumarmartin.com

Alerus Financial
andrew.barson@alerus.com

VAIL Technologies, LLC
rick.hudnall@vailtechnologies

EA Frameworks, LLC
davidr@eaframeworks.com

Global Insights + Solutions LLC
karl@global-insightsolutions.com

InQuisient
kenneth@kennethliuCPA.com

Thomson Reuters (GRC) Inc.
jerwynlouis.subido@refinitiv.com

Akshita Tek Systems, Inc,
bandari.kumar@gmail.com

Kinetic Solutions, LLC
mbrhane@kineticsol.com

Leading Strategy, Inc.
wmirza@leadingstrategyinc.com

Fox Rothschild LLP
smilani@foxrothschild.com
pthomas@foxrothschild.com

Sprezzatura Management Consulting, LLC cosentino@sprezzmc.com

PCT LLC
ccanavos@canavosproperties.com

Brown & Edwards CPA LLP
hbarlow@becpas.com
jhartman@becpas.com

Counsel to Brown & Edwards CPA LLP
cmidkiff@midkifflaw.com
rreverski@midkifflaw.com

Magnum Multimedia Inc.
jkim@magnumultimedia.com

Metlife
dyani_ogletree@metlifeservice.com

SDA Solutions, LLC
damaso.diaz@sdasolution.com

Mutual of Omaha
cindy.mei@usi.com

Virginia Attorney General
mailoag@oag.state.va.us

Office of The United States Trustee
nicholas.s.herron@usdoj.gov
USTPRegion04.NO.ECF@usdoj.gov
jay.w.legum@usdoj.gov

U.S. Securities and Exchange Commission
secbankruptcy@sec.gov

Counsel to David La Clair
JMcIntyre@mcintyrestein.com

The Russo Group
Jon10alex13@gmail.com

Dell Financial Services, LLC
do Resurgent Capital Services
askbk@resurgent.com

GreatAmerica Financial Services Corp.
pupton@greatamerica.com

IGES LLC
darryl.gunn@igesllc.com

Counsel to Janet Pulino
nhantzes@hantzeslaw.com

## Exhibit B

CACI Enterprise Solutions, Inc.
P.O. Box 418801
Boston, MA 02241

Counsel to CACI Enterprise Solutions, Inc.
James R. Schroll, Esq.
Andrea Campbell Davison, Esq.
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, Virginia 22201

Paylocity
Attn: Legal Department
1400 American Lane
Schaumburg, 11 60173

Zeva, Inc.
11710 Plaza America Dr., Ste. 2000
Reston, VA 20190

Zeva, Inc.
c/o George R.A. Doumar
1530 Wilson Blvd, Suite 430
Arlington, VA 22209

Alerus Financial
P.O. Box 6001
Grand Forks, ND 58206

VAIL Technologies, LLC
801 South 22nd St.
Arlington, VA 22202

EA Frameworks, LLC
1716 Briarcrest Drive, Ste. 320
Bryan, TX 77802

Global Insights + Solutions LLC
2200 Pennsylvania Avenue, NW
4th Floor East
Washington, DC 20037

InQuisient
11654 Plaza America Drive Ste. 639
Reston, VA 20190

Thomson Reuters (GRC) Inc.
P.O. Box 417175
Boston, MA 02241

Akshita Tek Systems, Inc,
19 Latham Village Ln, Unit 5
Latham, NY 12110

Kinetic Solutions, LLC
2013 Main Line Blvd, Ste. 102
Alexandria, VA 22301

Leading Strategy, Inc.
1804 Anderson Rd.
Falls Church, VA 22043

Fox Rothschild LLP
1030 15th St NW Ste. 380
Washington, DC 20005

Fox Rothschild LLP
Prince Altee Thomas, Esquire
2000 Market St., 20th Floor
Philadelphia, PA 19130

Sprezzatura Management Consulting, LLC
P.O. Box 201613
Denver, CO 80220

PCT LLC
1115 Independence Blvd., Ste. 208
Virginia Beach, VA 23455

Brown & Edwards CPA LLP
Attn: Matthew D. Meadows
701 Town Center Dr., Ste. 700
Newport News, VA 23606

Counsel to Brown & Edwards CPA LLP
Robert S. Reverski, Jr., Esq.
Charles F. Midkiff, Esq.
Midkiff Muncie & Ross
300 Arboretum Place, Ste. 420
Richmond, VA 23236

Magnum Multimedia Inc.
13800 Coppermine Rd, Ste. 310
Herndon, VA 20171

Metlife
P.O. Box 804466
Kansas City, MO 64180

SDA Solutions, LLC
3751 Stonewall Manor Drive
Triangle, VA 22172

Mutual of Omaha
P.O. Box 2147
Omaha, NE 68103

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Karl A. Racine, Attorney General
Attn: Deputy Attorney General,
David Fisher Commercial Division
Land Acquisition & Bankruptcy 441
4th Street, NW
Washington, DC 20001

The Honorable Alan Wilson
P.O. Box 11549
Columbia, SC 29211

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219

Dell Financial Services, LLC
c/o Resurgent Capital Services
P.O. Box 10390
Greenville, SC 29603-0390

WEBBANK
215 S. State Street, Ste 1000
Salt Lake City, UT 84111

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

HYMAN BROS. MAZDA
12602 Jefferson Ave
Newport News, VA 23602

Apple Inc.
P.O. Box 846095
Dallas, TX 75284-6095

Office of The United States Trustee
Attn: Nicholas S. Herron, Esq.
200 Granby Street
Suite 625
Norfolk, VA 23510

U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Office of Reorganization
Atlanta, GA 30326-1382

Robyn Hylton Hansen, Esq.
Jones, Blechman, Woltz & Kelly, P.C.
701 Town Center Drive, Suite 800
Newport News, VA 23606

Robert A. Russo, Esq.
The Russo Group
17 Amalfi Ct.
Robbinsville, NJ 08691

Hartford Fire Insurance Company
Bankruptcy Unit, H02-R, Home Office
Hartford, CT 06155

John D. McIntyre
McIntyre Stein, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510

GreatAmerica Financial Services Corp.
Attn: Litigation Department
PO Box 609
Cedar Rapids, IA 52406

Counsel to Janet Pulino
Nicholas Hantzes
1749 Old Meadow Road, Suite 308
McLean, VA 22102