Patrick J. Potter, VSB No. 39766
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
Tel: (202) 663-8928
Email: patrick.potter@pillsburylaw.com

*Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,**[1] | )    Case No. 19-50277-SCS |
| | ) |
| **Reorganized Debtor.** | )    Chapter 11 |
| | ) |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE
UNDER THE DEBTOR'S AMENDED CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE THAT** on October 11, 2019 (the "Confirmation Date"), the United States Bankruptcy Court for the Eastern District of Virginia entered an order [Doc. 290] (the "Confirmation Order") confirming *Insignia Technology Services, LLC's Amended Chapter 11 Plan of Reorganization* [Doc. 216] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Confirmation Order and the Plan, the sale of the Debtor's Equity Interests to Steven C. Ikirt has closed and all payments to Holders of Claims have been made in accordance with the terms of the Plan, including the payment to David La Clair in the amount of $7.5 million.

---

[1] The last four digits of the Reorganized Debtor's federal tax identification are: 3701. The Reorganized Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.
[2] Capitalized terms used herein not otherwise defined have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** by October 31, 2019, the Plan was substantially consummated pursuant to its terms, and the Plan's Effective Date is October 31, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Reorganized Debtor, any Holders of Claims or Equity Interests, and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order and the Plan may be obtained at https://www.vaeb.uscourts.gov or by written/email request to the undersigned counsel for the Reorganized Debtor.

Dated: October 31, 2019

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  /s/ Patrick J. Potter
Patrick J. Potter, VSB No. 39766
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Tel: (202) 663-8928
Email: patrick.potter@pillsburylaw.com

Jason S. Sharp, admitted *pro hac vice*
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Tel: (713) 276-7600
Email: jason.sharp@pillsburylaw.com

Andrew V. Alfano, admitted *pro hac vice*
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Email: andrew.alfano@pillsburylaw.com

*Counsel for the Reorganized Debtor*