# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | |
|---|---|
| In re:<br><br>　　Insignia Technology Services, LLC,<br><br>　　　　　Debtor. | Case No.  19-50277-SCS<br>Chapter 11 |

## WITHDRAWAL OF OBJECTION

John P. Fitzgerald, III, the Acting United States Trustee for Region Four, hereby withdraws the Objection he filed on August 5, 2019 to the First Interim Application of Pillsbury Winthrop Shaw Pittman, LLP at Docket Entry 235. The U.S. Trustee has reviewed both the First Interim, and Second Interim and Final Fee Applications of Pillsbury Winthrop Shaw Pittman, LLP, and has no objections thereto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　John P. Fitzgerald, III
　　　　　　　　　　　　　　　　　　　Acting United States Trustee
　　　　　　　　　　　　　　　　　　　Region Four

　　　　　　　　　　　　　　　By:　　/s/ Kenneth N. Whitehurst, III
　　　　　　　　　　　　　　　　　　　Kenneth N. Whitehurst, III
　　　　　　　　　　　　　　　　　　　Assistant U.S. Trustee

### **CERTIFICATE OF SERVICE**

　　　I certify that on November 19, 2019, service on all attorney Users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth N. Whitehurst, III
　　　　　　　　　　　　　　　　　　　Kenneth N. Whitehurst, III

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Cecelia Ann Weschler, Esq., VSB No. 28245
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA  23510
(757) 441-6012