Patrick J. Potter, VSB No. 39766
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
Tel: (202) 663-8928
Email: patrick.potter@pillsburylaw.com

*Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **INSIGNIA TECHNOLOGY SERVICES, LLC,**[1] | ) Case No. 19-50277-SCS |
| | ) |
| **Reorganized Debtor.** | ) Chapter 11 |
| | ) |

**CERTIFICATE OF SERVICE**

I, Patrick J. Potter, hereby certify that, on December 11, 2019, I caused true and correct copies of the following document to be served (i) by email on the parties attached hereto as **Exhibit A**; and (ii) by first-class mail on the service list attached hereto as **Exhibit B**:

- Final Report and Motion for Final Decree [Doc. 335]; and
- Final Account [Doc. 336]

Dated:  December 16, 2019           Respectfully submitted,

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                    By:    */s/ Patrick J. Potter*
                                           Patrick J. Potter, VSB No. 39766
                                           Pillsbury Winthrop Shaw Pittman LLP
                                           1200 Seventeenth Street, NW
                                           Washington, DC 20036
                                           Tel: (202) 663-8928
                                           Email: patrick.potter@pillsburylaw.com

                                    *Counsel for the Reorganized Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are: 3701. The Debtor's address is: 610 Thimble Shoals Boulevard, Building 6, Newport News, Virginia 23606.

**Exhibit A**

CACI Enterprise Solutions, Inc.
regan.anderson@caci.com

Counsel to CACI Enterprise Solutions, Inc.
jschroll@beankinney.com
adavison@beankinney.com

Paylocity
mallen@paylocity.com

Zeva Incorporated
sam@zeva.us
gdoumar@doumarmartin.com

Alerus Financial
andrew.barson@alerus.com

VAIL Technologies, LLC
rick.hudnall@vailtechnologies.com

EA Frameworks, LLC
davidr@eaframeworks.com

Global Insights + Solutions LLC
karl@global-insightsolutions.com

InQuisient
kenneth@kennethliuCPA.com

Thomson Reuters (GRC) Inc.
jerwynlouis.subido@refinitiv.com

Akshita Tek Systems, Inc,
bandari.kumar@gmail.com

Kinetic Solutions, LLC
mbrhane@kineticsol.com

Leading Strategy, Inc.
wmirza@leadingstrategyinc.com

Fox Rothschild LLP
smilani@foxrothschild.com
pthomas@foxrothschild.com

Sprezzatura Management Consulting, LLC
cosentino@sprezzmc.com

PCT LLC
ccanavos@canavosproperties.com
canavos4@cox.net
ccanavos@gmail.com

Brown & Edwards CPA LLP
hbarlow@becpas.com
jhartman@becpas.com

Counsel to Brown & Edwards CPA LLP
cmidkiff@midkifflaw.com
rreverski@midkifflaw.com

Magnum Multimedia Inc.
jkim@magnumultimedia.com

Metlife
dyani_ogletree@metlifeservice.com

SDA Solutions, LLC
damaso.diaz@sdasolution.com

Mutual of Omaha
cindy.mei@usi.com

Virginia Attorney General
mailoag@oag.state.va.us

Office of The United States Trustee
kenneth.n.whitehurst@usdoj.gov
USTPRegion04.NO.ECF@usdoj.gov
jay.w.legum@usdoj.gov

U.S. Securities and Exchange Commission
secbankruptcy@sec.gov

Counsel to David La Clair
JMcIntyre@mcintyrestein.com

Jones, Blechman, Woltz & Kelly, P.C.
rhansen@jbwk.com

The Russo Group
jon10alex13@gmail.com

Dell Financial Services, LLC
c/o Resurgent Capital Services
askbk@resurgent.com

GreatAmerica Financial Services Corp.
pupton@greatamerica.com

IGES LLC
darryl.gunn@igesllc.com

Counsel to Janet Pulino
nhantzes@hantzeslaw.com

United States of America on behalf of the
Internal Revenue Service
jennifer.flurry@usdoj.gov

**Exhibit B**

Brown & Edwards CPA
Counsel to Brown & Edwards CPA LLP
Robert S. Reverski, Jr., Esq.
Charles F. Midkiff, Esq.
Midkiff Muncie & Ross
300 Arboretum Place, Ste. 420
Richmond, VA 23236

Charleston County Treasurer
Treasurer's Office
O.T. Wallace County Office Building
101 Meeting Street, Suite 240
Charleston, SC 29401

City of Newport News
2400 Washington Ave,
Newport News, VA 23607

Fox Rothschild LLP
Prince Altee Thomas, Esquire
2000 Market St., 20th Floor
Philadelphia, PA 19130

Illinois Dept of Employment Security
33 S State St, 10th Floor
Chicago, IL 60603-2802

Jones, Blechman, Woltz & Kelly, P.C.
Robyn Hylton Hansen, Esq.
Jones, Blechman, Woltz & Kelly, P.C.
701 Town Center Drive, Suite 800
Newport News, VA 23606

Linebarger Goggan Blair & Simpson, LLP
P.O. Box 90128
Harrisburg, PA 17109

Magnum Multimedia Inc.
13800 Coppermine Rd, Ste. 310
Herndon, VA 20171

SDA Solutions, LLC
3751 Stonewall Manor Drive
Triangle, VA 22172

Troutman Sanders
P.O. Box 933652
Atlanta, GA 31193-3652

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

The Russo Group
Robert A. Russo, Esq.
The Russo Group
17 Amalfi Ct.
Robbinsville, NJ 08691

(David La Clair)
John D. McIntyre
McIntyre Stein, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Counsel to Janet Pulino
Nicholas Hantzes
1749 Old Meadow Road, Suite 308
McLean, VA 22102

Adobe
345 Park Avenue
San Jose, CA 95110-2704

AFLAC
Attn: Brandon Sholar
4608 Westgrove Court
Virginia Beach, VA 23455

AFLAC
Worldwide Headquarters
Columbus, GA 31999

1

AHT Insurance
Sherry Williams
20 South King Street
Leesburg, VA 20175

Akshita Tek Systems, Inc
19 Latham Village Ln, Unit 5
Latham, NY 12110

Alerus Financial
P.O. Box 6001
Grand Forks, ND 58206

Apple Inc.
P.O. Box 846095
Dallas, TX 75284-6095

Beneflex Management
397 Little Neck Road, Suite 108, Bldg 3300
Virginia Beach, VA 23452

Bernstein Management Corporation
5301 Wisconsin Ave. NW, Suite 500
Washington DC, 20015

CACI Enterprise Solutions, Inc.
P.O. Box 418801
Boston, MA 02241

Counsel to CACI Enterprise Solutions, Inc.
James R. Schroll, Esq.
Andrea Campbell Davison, Esq.
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, Virginia 22201

Comcast Business
P.O. Box 71211
Charlotte, NC 28272

Cox Communications
Cox Business Dept 781121
P.O. Box 78000
Detroit, MI 48278-1121

Dell Financial Services, LLC
c/o Resurgent Capital Services
P.O. Box 10390
Greenville, S.C. 29603-0390

Deltek, Inc.
2291 Wood Oak Drive
Herndon, VA 20171

Department of Veterans Affairs
23 Christopher Way
Attn: Robert C. Kately
Contracting Officer
Eatontown, NJ 07724

Department of Veteran Affairs
321 Ballener Center Drive Suite 125
Attn: Terri Nestor
Frederick, MD 21703

Dominion Virginia Energy
P.O. Box 26543
Richmond, VA 23290

EA Frameworks, LLC
1716 Briarcrest Drive, Ste. 320
Bryan, TX 77802

Eggleston Services
1161 Ingleside Rd
Norfolk, VA 23502

Global Insights + Solutions LLC
2200 Pennsylvania Avenue, NW
4th Floor East
Washington, DC 20037

Government Services Administration
2200 Crystal Drive, Suite 4,
Arlington VA 22202

GreatAmerica Financial Services Corp.
Attn: Litigation Department
PO Box 609
Cedar Rapids, IA 52406

2

Hireright, LLC
P.O. Box 847891
Dallas, TX 75284

HRSD
P.O. Box 37097
Boone, IA 50037

IGES, LLC
405 Ians Way
Chesapeake, VA 23320

InQuisient
11654 Plaza America Drive Ste. 639
Reston, VA 20190

Jones, Blechman, Woltz, & Kelly, P.C.
Robyn Hylton Hansen, Esq.
Jones, Blechman, Woltz & Kelly, P.C.
701 Town Center Drive, Suite 800
Newport News, VA 23606

Kinetic Solutions, LLC
2013 Main Line Blvd, Ste. 102
Alexandria, VA 22301

Leading Strategy, Inc.
1804 Anderson Rd.
Falls Church, VA 22043

LegalShield
P.O. Box 2629
Ada, OK 74821

MetLife
P.O. Box 804466
Kansas City, MO 64180

Microsoft
One Microsoft Way
Redmond, WA 98052

Mutual of Omaha
P.O. Box 2147
Omaha, NE 68103

Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Newport News Waterworks
P.O. Box 979
Newport News, VA 23607

PayChex Human Resource Services
General Post Office
P.O. Box 29769
New York, NY 10087-9769

Paychex Human Resource Services
Paychex
P.O. Box 732954
Dallas, TX  75373

Paylocity
Attn: Legal Department
1400 American Lane
Schaumburg, IL 60173

Paylocity Payroll and HRIS Migration Services
Paylocity
3800 N. Wilke Road
Arlington Heights, IL 60004

PCT LLC
1115 Independence Blvd., Ste. 208
Virginia Beach, VA 23455

PKS, LLC
1282 Smallwood Drive, Suite 334
Waldorf, MD 20603

Power Business Machines, Inc.
9701 Warwick Blvd.
Newport News, VA 23601-4224

Selman & Co
P.O. Box 24847
Cleveland, OH 44124

Selman Company
6110 Parkland Blvd.
Cleveland, OH 44124

3

Sprezzatura Management Consulting, LLC
P.O. Box 201613
Denver, CO 80220

STH, LLC
P.O. Box 80276
Charleston, SC 29416

TapRoot Solutions, Inc.
401 Golden Bear Dr.
Austin, TX 78734

Hartford Fire Insurance Company
Bankruptcy Unit, HO2-R Home Office
Hartford, CT 06155

Robert A. Russo, Esq.
The Russo Group
17 Amalfi Ct.
Robbinsville, NJ 08691

United Health Group UHS
P.O.Box 94017
Palatine, IL 60094-4017

USAA Life Insurance Company
9800 Fredersburg Road
San Antonio, TX 78288

VAIL Technologies, LLC
801 South 22nd St.
Arlington, VA 22202

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002

Virginia Natural Gas
P.O. Box 5409
Carol Stream, IL 60197

Vision Service Plan
P.O. Box 742430
Los Angeles, CA 90074

VSP Vision Care, Inc.
P.O. Box 742430
Los Angeles, CA 90074-2430

Zeva Incorporated
c/o George R.A. Doumar
1530 Wilson Bld., Ste. 430
Arlington, VA 22209

US EPA Region 3 Office of Regional
Counsel
1650 Arch Street
Bettina Dunn, Paralegal Specialist
Philadelphia, PA 19103

U.S. Securities and Exchange Commission,
Office of Reorganization
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

Office of The United States Trustee
Attn: Kenneth N. Whitehurst, III, Esq.
200 Granby Street
Suite 625
Norfolk, VA 23510

The Honorable Alan Wilson
P.O.Box 11549
Columbia S.C 29201

Mark R. Herring, Attorney General
202 North Ninth Street
Richmond, Virginia 23219

Karl A. Racine, Attorney General
Attn: Deputy Attorney General,
David Fisher
Commercial Division
Land Acquisition & Bankruptcy
441 4th Street, NW
Washington, DC 20001

Office of the Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

Mark Brnovich, Attorney General
Attn: Bankruptcy Department
2005 N Central Ave
Phoenix, AZ 85004-2926

4

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Office of the Attorney General Colorado
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Ga 30334

Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601-3449

Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802

Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202

Attorney General's Office - Boston
1 Ashburton Place, 20th Floor
Boston, MA 02108

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219

Social Security Administration Office of GC
300 Spring Garden Street
Philadelphia, PA  1912

HYMAN BROS. MAZDA
12602 Jefferson Ave
Newport News, VA 23602

WEBBANK
215 S. State Street, Suite 1000
Salt Lake City, UT 84111

CTR Technical Services Group, Inc
P.O. Box 12177
Newport News, VA 23606

Meadows Cleaning Concepts
48 Cornwall Terrace
Hampton, VA 23666

Newton Software Inc.
4811 Montgomery Road
Cincinnati, OH 45212

OPTUM Bank
P.O. Box 271629
Salt Lake, UT 84127

SCE&G
P.O. Box 100255
Columbia, SC 29202

Thomson Reuters (GRC) Inc
P.O. Bo 417175
Boston, MA 02241

Verizon
P.O. Box 15124
Albany, NY 12212

WOW!
P.O. Box 70999
Charlotte, NC 28272

Krystle Ragin
3120 Quartet Lane
Silver Spring, MD 20904

5

Abdow, Sarah
2792 Thaxton Ln
Oakton, VA 22124

Abedin, Sakeba
613 Robin Hood Drive
Yorktown, VA 23693

Adeymo, Peter
105 Edgecombe Avenue #506
New York, NY 10030

Anderson, Nicholas
12340 Alameda Trace Cir, Apt. 2005
Austin, TX 78727

Arogundade, Elijah
1081 Athena Court
Acworth, GA 30101

Ayala, Jose
10500 Irma Drive Apt 20-201
Northglenn, CO 80233

Bailey, Jeffrey
3416 Lindsey LN
Toano, VA 23168

Barnes, Jamaine
11422 Wildmeadows Street
Waldorf, MD 20601

Berry, William
8756 Raleigh Mews
Gainesville, VA 20155

Billiter, Steven
2 Drake Ct
Newport News, VA 23606

Boyd, Rebecca
3739 St Bridget Lane
St. Ann, MO 63074

Brinson, LaTina
5856 Governors Hill Dr
Alexandria, VA 22310

Brooks, David
422 S. Scott St.
New Orleans, LA 70119

Bryant, Jennifer
709 Timmons Ct
Chesapeake, VA 23322

Buono, John
1508 Chantilly Dr
Sierra Vista, AZ 85635

Burrell, Sybil
2124 Greendale Circle
Birmingham, AL 35215

Canter, William
4611 Hunt Avenue
Chevy Chase, MD 20815

Chagnon, Michael
5394 Grassy Trail Dr
Riverside, CA 92504

Clark, Je'nean
15371 East Arkansas Place
Aurora, CO 80017

Cohen, Peter
14817 Keeneland Circle
North Potomac, MD 20878

Collier, Jequetta
4423 Lee Hill School Dr
Fredericksburg, VA 22408

Cook, James
10551 Angler Ct
Orlando, FL 32825

Cox, Kevin M
451 Martha Lee Drive
Hampton, VA 23666

Cozad, Sandra
1387 County Hwy 33
Oneonta, AL 35121

Craig, Bonnie
4206 Fairmeadow Drive
Round Rock, TX 78665

Craig, Christopher
12101 Dessau Rd #2103
Austin, TX 78754

Curlee, Brandon
865 Homestake Ct
Castle Rock, CO 80108

Daniels, Tiffany
1521 16th Way SW
Birmingham, AL 35211

Davis, Jeffrey
805 Westgate Court
Newport News, VA 23602

Davis, Latoya
603 Providence Street
Stafford, VA 22554

Dhavala, Lakshmi
23195 Wrathall Drive
Ashburn, VA 20148

Douglas, Teddy
11305 Old Cistern Lane
Laurel, MD 20708

Durand, Fred
658 Beauregard St.
Charleston, SC 29412

Elliott, Curtis
3597 Light Horse Loop
Virginia Beach, VA 23453

Farthing, Robert
210 Chardonnay Ct
Winchester, KY 40391

Findley, Kaleb
516 Woodmere Creek Way
Birmingham, AL 35226

Foye, Theodore "Ted"
2356 Mathews Green Rd
Virginia Beach, VA 23456

Francis, Douglas
835 Hailsham Pl
Newport News, VA 23608

Gackstatter, Chris
4457 Lydias Drive
Williamsburg, VA 23188

Gambrell, Thomas
1172 Springdale Road NE
Atlanta, GA 30306

Garnhart, Geoffrey
402 Country Club Drive SW
Leesburg, VA 20175

Getreu II, Michael
11393 Kearney Way
Thornton, CO 80233

Gould, Stephen
3704 Eagles Nest Court
Edgewater, MD 21037

Green, Christine
5715 Jason Street
Cheverly, MD 20785

7

Guillot, Neil
1922 E 164th Place
Thornton, CO 80602

Haas, Jeremy
304 Bernburg Lane
College Station, TX 77845

Harlow, Michael
3249 Center Ridge Drive
Richmond, VA 23233

Heard, Zakayyia S
5685 Express Drive Apt D
Montgomery, AL 36116-2829

Henderson, Nakia
6796 Ashberry Drive
Pinson, AL 35126

Hornung, Nick
3307 Cannongate Rd, Apt. 204
Fairfax, VA 22031

Hudson, Amber
265 Little Farms Avenue
Hampton, VA 23661

Hughley, Kailah
1812 Rime Village Drive
Birmingham, AL 35216

Hunter, Lakeishawn Y
5108 Goldsboro Dr Apt 5
Newport News, VA 23605

Irby, Keundra
1940 Croydon Cir
Birmingham, AL 35235

Jackson, Vanessa
1932 Buford Court
Conyers, GA 30094

Jenkins, Kerri
108 Tides Run
Yorktown, VA 23692

Jensen, Robbi
607 Semaht Street
Charleston, SC 29412

Johnson, Michelle
12285 E 14th Ave
Aurora, CO 80011

Jones, Franklin
13219 Lantern Hill Court
Silver Spring, MD 20906

Karp, Stefanie
1800 R Street NW Apt 808
Washington, DC 20009

Kelly, Daniel
956 Elliott Road
Virginia Beach, VA 23464

Kohr, Glenn
7796 Gold Lennox Cv
Lake Worth, FL 33467

Koran, Robin
14 Green Lane
Aston, PA 19014

Leal, Susan
10602 Lakeside Drive
Jonestown, TX 78645

Lewis, Glenda
615 Vicksburg Street
Birmingham, AL 35224

Lindner, Corey
927 Prestige Court
Newport News, VA 23602

Lucas, David (Aaron)
276 Maplewood Place
Walkersville, MD 21793

Luke, Tyler
1727 Whitewood Ln
Herndon, VA 20170

Major, Thomas
9001 Lonstreet Drive
Manassas, VA 20110

Manthe, Michael
2005 Howard Dr
Winter Park, FL 32789

Marin, Marvin
3158 Fledgling Circle
Woodbridge, VA 22193

Martin, Kelly
4205 Virginia Rail Drive
Providence Forge, VA 23140

Mathew, Vimal
822 Shadybrook Drive
Murphy, TX 75094

McCarthy, Chad
116 Norge Lane
Williamsburg, VA 23188

McDaniels, Debra
511 Exeter Court
Hampton, VA 23666

McDole, John
2321 Gleneagle Trace
Conyers, GA 30012

Mohler, Monica
125 W Greenway Blvd
Falls Church, VA 22046

Moosani, Hari
20365 Water Valley Ct
Potomac Falls, VA 20165

Morton, Michael
103 Bentley Court
Yorktown, VA 23693

Most, Jason
26 Richland Drive
Newport News, VA 23608

Moton, Susan
305 Addison Drive
Calera, AL 35040

Munthali, Chimwemwe
15824 Lee Carter Road
Gainesville, VA 20155

Nickerson, Michael
308 Ludlow Dr
Seaford, VA 23696

Niemietz, Kevin
2710 Brindisi Way
Cedar Park, TX 78613

Norman, Bryant
715 Mark Twain Drive
Florissant, MO 63031

Oestreicher, Don
3582 Sharpes Meadow Lane
Fairfax, VA 22030

Oravec, Andrea
9705 Willmans Way
Manassas, VA 20111

Parks, Richard
20574 Strath Haven Drive
Montgomery Village, MD 20886

Patel, Sagar
11610 Little Ptx Pkwy APT 302
Columbia, MD 21044

Phillips, Charlotte
3560 Highway 25
Montevallo, AL 35115

Preble, Anne
1500 Chessington Ct
Virginia Beach, VA 23464

Price, Janee
1550 7th St NW #332
Washington, DC 20001

Rahman, Hafizur
5300 Kepler Lane
Springfield, VA 22151

Rai, Dharan
135 Peacock Way
Alpharetta, GA 30004

Ramsawamy, Vaidyanathan
12819 Poplar Creek Drive
Fairfax, VA 22033

Raparthi, Mahesh
42031 Mill Quarter Place
Ashburn, VA 20148

Reith, Susan
6 Bellacasa Way Apt 203
Hampton, VA 23666

Respress, Theron
524 Salt Aire Court
Virginia Beach, VA 23451

Rive, Courtney
447 Fairway Drive
New Orleans, LA 70124

Rodriguez, Dale
11 Stillmeadow Ct
Austin, TX 78738

Schaubach, Douglas
5022 Cay Street
Newport News, VA 23605

Scott, Eric
24 Holloway Road
Newport News, VA 23602

Seelam, Ram
42989 Pascale Ter
Ashburn, VA 20148

Sitler, Toney
2238 Indian Paintbrush Circle
Highlands Ranch, CO 80129

Stortz, John
4169 Club Course Drive
North Charleston, SC 29420

Strylowski, Jerry M
11712 Jefferson Ave Ste C256
Newport News, VA 23606

Tantri, Tripti
35 Rockway Avenue Unit #307
Weymouth, MA 02188

Tatum. Cody
100 Grandview dr
Hampton, VA 23664

Thahseen, Shabana
4701 Staggerbrush RD Apt# 1424
Austin, TX 78749

Thomas, Kyle
15336 Falconbridge Terr
Gaithersburg, MD 20878

Tolbert, Ayoki
111 Crestmont Lane
Pelham, AL 35124

Tolen, Michelle
6505 Tree Crossings Parkway
Hoover, AL 35244

Turner, Megan
750 Claremont Ave
Montgomery, AL 36107

Walker, Michael
104 Bill Sours Drive
Yorktown, VA 23693

Waters, Christopher
807 Britain Way
St. Charles, MO 63304

Webb, Dwaine
720 Brickingham Drive
St. Peters, MO 63376

White, Michael
403 Wind Mill Loop
Newport News, VA 23602

Yager, Mary
3426 Fiddle Leaf Way
Lakeland, FL 33811

Sri Chava
317 Ranch Road 620 South
Suite 302F
Austin, TX 78734

Carla Peters
9544 Walker Way
Manassas Park, VA 20111-3086

Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

Tammy Farmer
397 Little Neck Road Suite 108
Building 3300
Virginia Beach, VA 23452

Stephanie Meadows
48 Cornwall Terrace
Hampton, VA 23666

Laura Kabzinski Lockbox #732954
P.O. Box 7329654
Dallas, TX 75373-2954

Monster Worldwide, Inc. Attn: Aaron Schmier
P.O. Box 90364
Chicago, IL 60696-0364

BigTime
1 South Wacker Drive
Suite 2900
Chicago, IL 60606

Sherry Williams
20 South King Street
Leesburg, VA 20175

Dorene Schroeder
121520 Meredith Drive
Urbandale, IA 50323

John West
1001 Haxall Sanders Building
Richmond, VA 23219

Booz Allen Hamilton, Inc.
Attention: Victor Davis
308 Sentinel Drive
Annapolis Junction, MD 20701

Full Spectrum Intelligence, Innovation & Integration
196 Van Buren Street
Herndon, VA 22170

Adobe Systems, Inc
29322 Network Place
Chicago, IL 60673

Brown & Edwards CPA
701 Town Center Dr, Suite 700
Newport News, VA 23606

UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094

David LaClair
312 Chinquapin Orchard
Yorktown, VA 23693

Darryl Gunn
405 Ians Way
Chesapeake, VA 23320

Kenneth Lui
11654 Plaza America Drive
Suite 639
Reston, VA 20190

Richard Hudnall
801 South 22nd Street
Arlington, VA 22202

Crystal Harley
1282 Smallwood Drive West
Suite 334
Waldorf, MD 20603-3356

Janet Pulino
29 Aldridge Court
Sterling VA 20165

Sam Andoni
11710 Plaza America Drive
Suite 2000
Reston, VA 20190

Joe Cosentino
P.O. 201613
Denver, CO 80220

Damasco Diaz
3751 Stonewall Manor Drive
Triangle, VA 22172

Karl Omatsola
2200 Pennsylvania Avenue, NW
4th Floor East
Washington, DC 20037

Missy Allen
3850 N. Wilkes Road
Arlington Heights, IL 60004

Hugh Barlow
701 Town Center Drive, Suite 700
Newport News, VA 23606

Bandari Kumar
19 Latham Village Lane
Unit #5
Latham, NY 12110

Dep't of Veterans Affairs
6150 Oak Tree Blvd, Suite 300
Program Contracting Activity Central
Independence OH 44131

David Rice
1716 Briarcrest Drive, Suite 320
Bryan, TX 77802

Regan Anderson
CACI Inc.- Federal
Shared Services Center
7725 West Reno Avenue
Oklahoma, OK 73127

Waqas Mirza
1804 Anderson Road
Falls Church, VA 22043

Mikael Bhrane
2013 Main Line Blvd., Suite 102
Alexandria, VA 22301